IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver | ) | |
| for Colonial Bank, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv877-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, | ) | |
| INC., BRANCH BANKING & | ) | |
| TRUST CO., and THE | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF THE | ) | |
| COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
|     Appellees. | ) | |

## ORDER

Based upon the representations made during an on-the-record status conference on October 21, 2010, it is ORDERED as follows:

(1) This appeal is set for final submission, without oral argument, on January 19, 2011.

(2) Appellant is to file its brief by November 30, 2010.

(3) Appellees are to file their briefs by January 5, 2011.

(4) Appellant may file a reply brief by January 19, 2011.

DONE, this the 22nd day of October, 2010.

                       /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE