IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC. | ) | Case Number 09-32303 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver for | ) | |
| Colonial Bank, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv877-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, INC., | ) | |
| BRANCH BANKING & TRUST CO., AND | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF THE | ) | |
| COLONIAL BANCGROUP, INC., | ) | |
| | ) | |
| Appellees. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Comes Now Branch Banking & Trust Company ("BB&T"), an appellee in the above-captioned bankruptcy appeal and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.  BB&T is a wholly-owned subsidiary of BB&T Corporation, a financial holding company whose common stock is traded on the New York Stock Exchange.

2.  The following entities are subsidiaries and/or affiliates of BB&T:

> AFCO Acceptance Corporation
> AFCO Credit Corporation
> AFCO Premium Acceptance, Inc.
> AFCO Premium Credit LLC
> Agency Technologies, Inc.
> AmCo Holding Company
> American Coastal Insurance Company

1

AmRisc GP, LLC
AmRisc, LP
Atlantic Wire Company, LLC
BB& T Asset Management, Inc.
BB&T Assurance Company, Ltd.
BB&T Capital Partners Fund of Funds I, LLC
BB&T Capital Partners, LLC
BB&T Capital Partners/Windsor Mezzanine Fund, LLC
BB&T Capital Trust I
BB&T Capital Trust II
BB&T Capital Trust IV
BB&T Capital Trust V
BB&T Capital-Partners II, LLC
BB&T Charitable Foundation
BB&T Collateral Service Corporation (TN)
BB&T Collateral Service Corporation (WV)
BB&T Collateral Service Corporation
BB&T Corporation
BB&T Credit Services, Inc.
BB&T EFC Energy, LLC
BB&T Equipment Finance Corporation
BB&T Financial, FSB
BB&T Holdings, LLC
BB&T Insurance Services of CA, Inc.
BB&T Insurance Services, Inc.
BB&T Investments Services, Inc.
BB&T Mortgage Reinsurance Company
BB&T Overseas Leasing, Ltd.
BB&T Payroll Services Corporation
BB&T Real Estate Funding, LLC
BB&T Service Corporation
BB&T United, LP
Branch Administrators Limited
Branch Banking and Trust Company
Branch Investments, LLC
BT Financial Corporation
CAFO Holdings Company
CAFO US Holdings, Inc.
CAFO, Inc.
Clearview Correspondence Services, LLC
Coastal Financial Capital Trust I
Coastal Planners Holding Corporation
Coastal Retirement Estate & Tax Planners, Inc.
Costal Mortgage Bankers and Realty, Co.
CRC Insurance Services, Inc.
CRC-Sterling West Insurance Services, LLC
Creative Payment Solutions, Inc.

2

eFuel, Inc. (nc)
Farr Associates, Inc. (nc)
Fidelity Service Corporation
First Citizens Bancorp (TN Statutory Trust II
First Citizens Bancorp (TN) Statutory Trust I
First Virginia Life Insurance Company
Grandbridge Real Estate Capital, LLC
Greenville Car Mart, Inc. (inactive)
Grey Hawk, Inc.
Independent Trustees, Inc.
Investor Services, Inc.
JMD Consulting Services, Inc.
Knight Funding, Inc.
Landmark Financial Services of West Virginia, Inc.
Landmark Financial Services, Inc.
Landmark Mortgage and Finance, Inc.
LFS Reinsurance Company, Ltd.
Liberty Mortgage Corporation
Magic City Insurance Agency of Alabama, Inc.
Main Street Banks Statutory Trust I
Main Street Banks Statutory Trust II
Main Street Capital Trust I
Mason-Dixon Capital Trust
Matewan Real Estate Holdings, Inc.
McGriff Holdings, Inc.
McGriff Seibels & Williams, Inc.
McGriff, Seibels & Williams de Mexico Intermedario de Reasaguro, S.A. de C.V.
McGriff, Seibels & Williams of California, Inc.
McGriff, Seibels & Williams of Georgia, Inc.
McGriff, Seibels & Williams of Louisiana, Inc.
McGriff, Seibels & Williams of Missouri, Inc.
McGriff, Seibels & Williams of Oregon, Inc.
McGriff, Seibels & Williams of Pennsylvania, Inc.
McGriff, Seibels & Williams of Texas, Inc.
McGriff, Seibels &Williams Reinsurance Brokers, Inc.
Metewan Realty Corporation
MidAmerica Gift Certificate Company
Miscellaneous Subsidiaries
MS&W, Inc.
MSW Holdings, Inc.
Northeast Steel & Machine Products, Inc.
Premier Capital Trust I
Prime Rate Premium Finance Company of California, Inc.
Prime Rate Premium Finance Corporation, Inc.
Real Property, Inc.
Real Restaurant Owners, Inc.

3

        Rega Insurance Services, Inc.
        Regional Acceptance Corporation (RAC)
        Regional Fidelity Reinsurance, Ltd. (inactive)
        Reliable Policy Management, LLC
        Salem Financial, Inc.
        Scott & Stringfellow, Inc.
        SHDR Investment Advisers, Inc.
        Sherwood Development Corporation
        Southern Cross Insurance Services, Inc.
        Stanley, Hunt DuPree & Rhine, Inc.
        Sterling Partners GP, LLC
        Sterling Capital (Cayman) Limited
        Sterling Capital Management, LLC
        Sterling Microcap Value Fund LP
        Stratford Holdings, LLC
        Wilson Fiduciary Management Corporation


        Respectfully Submitted,

        /s/ N. Christian Glenos
        N. Christian Glenos
        Attorney for Branch Banking and Trust Company


OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been served electronically to the persons who appear below via the CM/ECF system, by electronic mail or by regular U.S. mail on this 1st of November, 2010:

C. Edward Dobbs
Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
edobbs@phrd.com
rdorsey@phrd.com

W. Clark Watson
Balch & Bingham, LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
cwatson@balch.com

Thomas R. Califano
John J. Clarke, Jr.
Michael D. Hynes
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Thomas.califano@dlapiper.com
John.clarke@dlapiper.com
Jeremy.johnson@dlapiper.com

Michael A. Fritz, Sr.
Fritz & Hughes, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
michael@fritzandhughes.com

Brian D. Pfeiffer
Alan R. Glickman
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Brian.pfeiffer@srz.com
Alexis.chapin@srz.com
Alan.glickman@srz.com
Brian.kohn@srz.com

5

Marc Peter Solomon
Derek Firth Meek
Robert Barton Rubin
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, AL 35203
msolomon@burr.com
dmeek@burr.com
brubin@burr.com

              _____/s/ N. Christian Glenos_____
                 OF COUNSEL

6