UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>  Debtor. | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Colonial Bank,<br><br>  Appellant,<br><br>v.<br><br>**THE COLONIAL BANCGROUP, INC.,** et al.,<br><br>  Appellees. | Case No. 2:10-cv-0877 (MHT)<br><br>**Bankruptcy Appeal** |

CONFLICT DISCLOSURE STATEMENT BY APPELLANT
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR COLONIAL BANK

Appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), by its undersigned attorneys, respectfully submits this disclosure statement in accordance with this Court's General Order Misc. Case No. 00-3047.

1.  The FDIC-Receiver is a governmental entity. The FDIC-Receiver operates in a separate legal capacity from the Federal Deposit Insurance Corporation in its corporate capacity. On August 14, 2009, the FDIC-Receiver was appointed the receiver for Colonial Bank. Upon its appointment as receiver, the FDIC-Receiver succeeded by operation of law to "all rights, titles, powers, and privileges of the insured depository institution, and of any stockholder, member,

accountholder, depositor, officer, or director of such institution with respect to the institution and the assets of the institution." 12 U.S.C. § 1821(d)(2)(A)(i).

    2.    The appellees in this bankruptcy appeal are:

        a.    The Colonial BancGroup, Inc.;

        b.    The Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Creditors Committee");

        c.    Branch Banking & Trust Co.

    3.    There are three members of the Creditors Committee:

        a.    Fine Geddie & Associates;

        b.    The Bank of New York Trust Company, N.A., as indenture trustee;

        c.    U.S. Bank National Association Corporate Trust Services, as indenture trustee.

    4.    Numerous other parties in interest have appeared or filed claims in the chapter 11 proceedings below.

| | |
|---|---|
| Dated: Montgomery, Alabama<br>November 1, 2010 | Respectfully submitted,<br><br> /s/ Michael A. Fritz, Sr.<br>Michael A. Fritz, Sr.<br>michael@fritzandhughes.com<br>Fritz & Hughes LLC<br>7020 Fain Park Drive Suite 1<br>Montgomery, AL 36117<br>(334) 215-4422<br><br>John. J. Clarke, Jr.<br>Thomas R. Califano<br>Michael D. Hynes<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York  10020-1104<br>Telephone:    212-335-4500<br>Facsimile:     212-335-4501<br><br>Attorneys for the<br>  Federal Deposit Insurance Corporation,<br>  as Receiver for Colonial Bank |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on November 1, 2010, a true and correct copy of the foregoing document was filed with this Court's ECF system in this action, which will cause the electronic service of this document upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

**Nicholas Christian Glenos**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**C. Edward Dobbs**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

**Rufus T Dorsey, IV**
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

**William Clark Watson**
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

**Alan R. Glickman**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Derek Firth Meek**
Burr & Forman
420 North 20th Street, Suite 3400
Birmingham, AL 35203

**Brian D. Pfeiffer**
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

**Robert Barton Rubin**
Burr & Forman LLP
420 North Twentieth Street
3400 Wachovia Tower
Birmingham, AL 35203

**Marc Peter Solomon**
Burr & Forman LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203

  /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.