# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **FDIC, as Receiver for Colonial Bank** ) | |
| ) | |
| **Appellant.** ) | |
| ) | |
| v. ) | 10-CV-00877-MHT |
| ) | |
| **The Colonial BancGroup, Inc., et al.** ) | |
| ) | |
| **Appellees.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Appellee, The Official Committee of Unsecured Creditors of The Colonial BancGroup, Inc. (the "Committee") hereby states that it is an entity appointed, pursuant to 11 U.S.C. § 1102, by the Bankruptcy Court for the Middle District of Alabama, pursuant to its order dated September 28, 2009, and its members are as follows:

1.   Fine Geddie & Associates is a governmental affairs and legislative services firm with no parent or publicly held corporation owning 10% or more of its stock.

2.   Bank of New York Mellon Corp. f/k/a The Bank of New York Trust Company, N.A. is a financial institution with no parent or publicly held corporation owning 10% or more of its stock.

3.   U.S. Bank National Association is a financial institution whose parent company U.S. Bancorp owns 10% or more of its stock.

Dated this the 2nd day of November, 2010.

/s/ Marc P. Solomon
Robert B. Rubin

1872478 v1

        Derek F. Meek
        Marc P. Solomon
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, Alabama  35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100

        -and-

        Alan R. Glickman
        Brian D. Pfeiffer
        Brian Kohn
        SCHULTE ROTH & ZABEL LLP
        919 Third Avenue
        New York, NY 10022
        Telephone: (212) 756-2000
        Facsimile: (212) 593-5955

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 2nd day of November, 2010:

John J. Clarke, Jr.
Michael D. Hynes
Thomas R. Califano
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
john.clarke@dlapiper.com
michael.hynes@dlapiper.com
thomas.califano@dlapiper.com

Michael Aaron Fritz, Sr.
Fritz & Hughes, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
bankruptcy@fritzandhughes.com

C. Edward Dobbs
Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
ced@phrd.com
rtd@phrd.com

Clark Watson
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
cwatson@balch.com

Nicholas Christian Glenos
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
cglenos@ba-boult.com

               /s/ Marc P. Solomon
               OF COUNSEL