IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., ) | |
| ) | |
|     Debtor. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, as Receiver ) | |
| for Colonial Bank, ) | |
| ) | |
|     Appellant, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:10cv877-MHT |
| ) | |
| THE COLONIAL BANCGROUP, ) | |
| INC., et al., ) | |
| ) | |
|     Appellees. ) | |

ORDER

It is ORDERED that oral argument is reset in this case for November 7, 2011, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 11th day of October, 2011.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**