IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                          )
                                )
THE COLONIAL BANCGROUP,         )
INC.,                           )
                                )
     Debtor.                    )
                                )
FEDERAL DEPOSIT INSURANCE       )
CORPORATION, as Receiver        )
for Colonial Bank,              )
                                )
     Appellant,                 )
                                )   CIVIL ACTION NO.
     v.                         )    2:10cv877-MHT
                                )
THE COLONIAL BANCGROUP,         )
INC., et al.,                   )
                                )
     Appellees.                 )
```

ORDER

It is ORDERED that the motion for leave to file response (doc. no. 62) is granted.

DONE, this the 7th day of December, 2011.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE