IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC., | ) ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv877-MHT |
| | ) | |
| THE COLONIAL BANCGROUP, INC., et al., | ) ) | |
| | ) | |
|     Appellees. | ) | |

### ORDER

The court having been informed that the parties have reached a tentative settlement pending its approval in the bankruptcy court, it is ORDERED that this case is closed administratively pending the determination in the bankruptcy court of whether the tentative settlement should be approved.

DONE, this the 19th day of August, 2015.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**