UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Appellant,<br><br>v.<br><br>THE COLONIAL BANCGROUP, INC., et al,<br><br>Appellees. | Case No. 2:10-cv-0877 (MHT)<br><br>Bankruptcy Appeal |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among appellant Federal Deposit Insurance Corporation, as receiver for Colonial Bank ("FDIC-Receiver"), and appellees The Colonial BancGroup, Inc. ("BancGroup"), and Branch Banking and Trust Company ("BB&T"), in accordance with the parties' Settlement Agreement dated as of August 25, 2015, as follows:

1. Pursuant to Federal Rule of Bankruptcy Procedure 8023, this bankruptcy appeal is dismissed with prejudice.

2. Each party to this appeal shall bear its own costs and fees, including attorneys' fees.

Dated: October 22, 2015

Of Counsel:

B. Amon James
Senior Counsel

Jeffrey E. Schmitt
Counsel

Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, Virginia 22226
(703) 562-2429

Michael A. Fritz, Sr.
michael@fritzlawalabama.com
Fritz Law Firm LLC
25 South Court Street, Suite 200
Montgomery, AL 36104
(334) 230-9790

John J. Clarke, Jr.
john.clarke@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Appellant
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank

C. Edward Dobbs
ced@phrd.com
Rufus T. Dorsey IV
rtd@phrd.com
Parker, Hudson, Rainier & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(404) 420-5550

Attorneys for Appellee
 The Colonial BancGroup, Inc.

/s/ N. Christian Glenos
N. Christian Glenos
cglenos@babc.com
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8721

Attorneys for Appellee
 Branch Banking and Trust Company